UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:20CR 99 - MR - WCM

UNITED STATES OF AMERICA

v.

KENNETH RICKY INGLE, JR.
Aka "Ken Love"

**BILL OF INDICTMENT**

**Violations:**
18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(a)(5)(B)

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 15, 2020, in Cleveland County, within the Western District of North Carolina and elsewhere,

**KENNETH RICKY INGLE, JR.**

knowingly received, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, any child pornography, as defined in Title 18 United States Code Section 2256(8)(A).

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

1

## COUNT TWO

On or about August 19, 2020, in Cleveland County, within the Western District of North Carolina and elsewhere,

**KENNETH RICKY INGLE, JR**

did employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and did attempt to do so.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

On or about August 20, 2020, in Cleveland County, within the Western District of North Carolina and elsewhere,

**KENNETH RICKY INGLE, JR**

did employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and did attempt to do so.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

On or about August 21, 2020, in Cleveland County, within the Western District of North Carolina and elsewhere,

**KENNETH RICKY INGLE, JR**

did employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and did attempt to do so.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE

On or about August 22, 2020, in Cleveland County, within the Western District of North Carolina and elsewhere,

**KENNETH RICKY INGLE, JR**

did employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and did attempt to do so.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT SIX

On or about August 24, 2020, in Cleveland County, within the Western District of North Carolina and elsewhere,

**KENNETH RICKY INGLE, JR**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT SEVEN

Beginning on a date unknown to the Grand Jury, continuing through on or about August 26, 2020, in Cleveland County, within the Western District of North Carolina and elsewhere,

**KENNETH RICKY INGLE, JR**

knowingly possessed and accessed with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced

4

using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 2253 and 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2253 and 21 U.S.C. § 853:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause that the following property is subject to forfeiture on one or more of the grounds stated above:

1. An UMX Model U683CL Cellular phone.
2. An Amazon Fire 7 Tablet.

A TRUE BILL:

REDACTED
FOREPERSON

5

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY