UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 1:20CR99 |
| v. ) | |
| ) | **FACTUAL BASIS** |
| KENNETH RICKY INGLE ) | |
| ) | |

NOW COMES the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of a plea in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime. The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. KENNETH RICKY INGLE at all times relevant in this document was a resident of the Western District of North Carolina and he resided primarily in or around Shelby, North Carolina. From at least August 17, 2020, through on or about August 24, 2020, INGLE used a "UMX" brand cellular smart phone and an Internet based chat and file sharing app through which he engaged in sexually explicit communications with a 14-year-old girl in Florida (hereinafter, "child victim" or "CV"). INGLE was 34 years old during this time period.

2. On August 21, 2020, INGLE sent a series of messages asking CV to produce pornography of herself, penetrating her vagina with her hand. CV complied and recorded a video of herself doing so, which she then sent to INGLE and he received on his UMX smart phone.

3. INGLE made his request of CV via the Internet.

4. INGLE's UMX smart phone was manufactured outside of North Carolina.

5. The Internet is a facility of interstate commerce.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

*/s/ David A. Thorneloe*
David A. Thorneloe
Assistant United States Attorney

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Indictment in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

*/s/ Emily Jones*  DATED: 4/21/21
Emily Jones, Attorney for Defendant

2