IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 99 MR WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CERTIFICATION |
| | ) | |
| KENNETH RICKY INGLE | ) | |
| | ) | |

**NOW COMES** Kenneth Ricky Ingle, who being first duly sworn to tell the truth states and certifies that after consulting with my attorney Emily M. Jones, and pursuant to the Plea Agreement (Doc. 18) entered into and filed in this matter on April 22, 2021, that I, Kenneth Ricky Ingle, do hereby state, certify, and stipulate that the Factual Basis (Doc. 19) filed in this matter and all the information and statements therein are true and accurate and had this matter proceeded to trial, the United States would have been able to prove the statements in the Factual Basis beyond a reasonable doubt.

This the 28th day of April 2021.

_____
Kenneth Ricky Ingle, Defendant

<u>Defendant's Counsel's Signature</u>: I am the attorney for Kenneth Ricky Ingle. I have carefully reviewed the Factual Basis (Doc. 19) filed in this matter with Defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary decision.

This the 28th day of April 2021.

_____
Emily M. Jones, Counsel for Defendant